IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRELL WILCOX and MICHAEL MCGUIRE, individually and as representatives of a class of participants and beneficiaries in and on behalf of the GEORGETOWN UNIVERSITY DEFINED CONTRIBUTION RETIREMENT PLAN, the GEORGETOWN UNIVERSITY VOLUNTARY CONTRIBUTION RETIREMENT PLAN,<br><br>      Plaintiffs,<br><br>vs.<br><br>GEORGETOWN UNIVERSITY, CHRISTOPHER AUGOSTINI, and GEOFF CHATAS,<br><br>      Defendants. | Civil Action No. 1:18-cv-00422-RMC |

## **MOTION FOR ADMISSION *PRO HAC VICE* OF KYLE G. BATES**

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Kyle G. Bates *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Kyle G. Bates, attached as Exhibit A. As set forth in Mr. Bates' declaration, he is admitted and an active member in good standing in the following bars and courts: the California State Bar, California Supreme Court, U.S. District Court for the Northern District of California, U.S. District Court for the Central District of California, U.S. District Court for the District of Colorado, and the U.S. District Court for the District of Nebraska.

This motion is supported and signed by Garrett W. Wotkyns, an active and sponsoring member of the Bar of this Court.

| | |
|---|---|
| Dated: March 5th, 2018 | By:  */s/ Garrett W. Wotkyns*<br>Garrett W. Wotkyns (D.C. Bar No. 478403)<br>SCHNEIDER WALLACE COTTRELL<br>KONECKY WOTKYNS LLP<br>8501 N. Scottsdale Road, Suite 270<br>Scottsdale, Arizona  85253<br>Telephone: (480) 428-0142<br>Facsimile: (866) 505-8036<br>gwotkyns@schneiderwallace.com<br><br>*Attorneys for Plaintiffs* |