IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRELL WILCOX and MICHAEL MCGUIRE, individually and as representatives of a class of participants and beneficiaries in and on behalf of the GEORGETOWN UNIVERSITY DEFINED CONTRIBUTION RETIREMENT PLAN, the GEORGETOWN UNIVERSITY VOLUNTARY CONTRIBUTION RETIREMENT PLAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>GEORGETOWN UNIVERSITY, CHRISTOPHER AUGOSTINI, and GEOFF CHATAS,<br><br>    Defendants. | Civil Action No. 1:18-cv-00422-RMC |

**DECLARATION OF KYLE G. BATES IN SUPPORT
OF MOTION FOR ADMISSION PRO HAC VICE**

I, Kyle G. Bates, hereby declare under penalty of perjury:

1. My name, office address, and telephone number are as follows:

   Kyle G. Bates
   Schneider Wallace Cottrell Konecky Wotkyns LLP
   2000 Powell Street, Suite 1400
   Emeryville, California 94608
   Telephone: (415) 421-7100

2. I have been admitted to the following bars and courts:

   California State Bar
   California Supreme Court
   U.S. District Court for the Northern District of California
   U.S. District Court for the Central District of California
   U.S. District Court for the District of Colorado

- 1 -

U.S. District Court for the District of Nebraska

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been suspended, disbarred, or otherwise disciplined by any bar.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I do not have an office within the District of Columbia, am not a member of the District of Columbia Bar, nor have I applied for admission.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Emeryville, California this 5th day of March, 2018.

By: */s/ Kyle G. Bates*
Kyle G. Bates
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
kbates@schneiderwallace.com