IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRELL WILCOX and MICHAEL MCGUIRE, individually and as representatives of a class of participants and beneficiaries in and on behalf of the GEORGETOWN UNIVERSITY DEFINED CONTRIBUTION RETIREMENT PLAN, the GEORGETOWN UNIVERSITY VOLUNTARY CONTRIBUTION RETIREMENT PLAN,<br><br>      Plaintiffs,<br><br>vs.<br><br>GEORGETOWN UNIVERSITY, CHRISTOPHER AUGOSTINI, and GEOFF CHATAS,<br><br>      Defendants. | Civil Action No. 1:18-cv-00422-RMC |

### [PLAINTIFFS' PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court has reviewed the Plaintiff's Motion for Admission of Kyle G. Bates *pro hac vice*. Upon consideration of the motion, the Court grants attorney Kyle G. Bates admission to this Court. IT IS SO ORDERED.

DATED: this _____ day of March, 2018

_____
United States District Court Judge

- 1 -