**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DARRELL WILCOX and MICHAEL MCGUIRE, individually and as representatives of a class of participants and beneficiaries in and on behalf of the GEORGETOWN UNIVERSITY DEFINED CONTRIBUTION RETIREMENT PLAN, the GEORGETOWN UNIVERSITY VOLUNTARY CONTRIBUTION RETIREMENT PLAN,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>GEORGETOWN UNIVERSITY, CHRISTOPHER AUGOSTINI, and GEOFF CHATAS,<br><br>      *Defendants*. | Civil Action No. 1:18-cv-00422<br><br><br><br>Hon. Rosemary M. Collyer |

**DEFENDANTS' MOTION TO DISMISS**

| | |
|---|---|
| Nancy G. Ross (*pro hac vice*)<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606-4637<br>Telephone: (312) 782-0600 | Brian D. Netter (D.C. Bar No. 979362)<br>  bnetter@mayerbrown.com<br>Michelle N. Webster (D.C. Bar No. 985265)<br>Matthew A. Waring (D.C. Bar No. 1021690)<br>MAYER BROWN LLP<br>1999 K Street NW<br>Washington, DC 20006-1101<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300 |

*Attorneys for Defendants*

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), defendants Georgetown University, Christopher Augostini, and Geoff Chatas hereby move for dismissal of Plaintiffs' complaint for lack of jurisdiction and for failure to state a claim upon which relief may be granted. This motion is supported by the accompanying statement of points and authorities, any reply memorandum that Defendants may file, and any oral argument on the motion. Defendants respectfully request that the Court hear oral argument on this motion. Oral argument will be helpful to the Court as it analyzes plaintiffs' claims for relief.

Dated: April 23, 2018

Respectfully submitted,

Nancy G. Ross
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600

*/s/ Brian D. Netter*
Brian D. Netter (D.C. Bar No. 979362)
   bnetter@mayerbrown.com
Michelle N. Webster (D.C. Bar No. 985265)
Matthew A. Waring (D.C. Bar No. 1021690)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Defendants*