UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DARRELL WILCOX and MICHAEL MCGUIRE**, individually and as representatives of a class of participants and beneficiaries in and on behalf of the **GEORGETOWN UNIVERSITY DEFINED CONTRIBUTION RETIREMENT PLAN** and the **GEORGETOWN UNIVERSITY VOLUNTARY CONTRIBUTION RETIREMENT PLAN**, | ) ) ) ) ) ) ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 18-422 (RMC) |
| **GEORGETOWN UNIVERSITY**, *et al.*, | ) ) ) |  |
| Defendants. | ) ) |  |

**ORDER**

For the reasons stated in the Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, Dkt. 18, is **GRANTED**; and it is

**FURTHERED ORDERED** that the Complaint, Dkt. 1, is dismissed without prejudice.

Date: January 8, 2019

ROSEMARY M. COLLYER
United States District Judge