IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRELL WILCOX and MICHAEL MCGUIRE, individually and as representatives of a class of participants and beneficiaries in and on behalf of the GEORGETOWN UNIVERSITY DEFINED CONTRIBUTION RETIREMENT PLAN, the GEORGETOWN UNIVERSITY VOLUNTARY CONTRIBUTION RETIREMENT PLAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>GEORGETOWN UNIVERSITY and CHRISTOPHER AUGOSTINI, formerly Senior Vice President and Chief Administrative Officer of Georgetown University,<br><br>    Defendants. | Civil Action No. 1:18-cv-00422<br><br>Hon. Rosemary M. Collyer<br><br>**STIPULATION FOR REINSTATEMENT** |

WHEREAS, by Order dated January 8, 2019, this Court granted Defendants' Motion to Dismiss, noting on the Docket Sheet, "This case is closed." (Dkt. 36.);

WHEREAS, by Order dated May 29, 2019, this Court denied Plaintiffs' Motion Seeking Leave to File Plaintiffs' First Amended Complaint. The Court stated: "This case remains closed." (Dkt. 43.);

WHEREAS, Plaintiffs filed their Notice of Appeal on June 27, 2019. (Dkt. 45.); and

WHEREAS, on May 18, 2021, there was filed in this Court the Mandate of the United States Court of Appeal for the District of Columbia Circuit. The Judgment stated: "**ORDERED** and **ADJUDGED** that the District Court's denial of appellants' motion for leave to amend their

complaint be vacated and the case be remanded to the District Court to consider whether to grant leave for appellants to file their proposed amended complaint, in accordance with the opinion of the court filed herein this date." (Dkt. 51.)

NOW, THEREFORE, the parties hereby stipulate, subject to approval of the Court, that this case shall be, and is, reinstated, that Plaintiffs shall file their Motion for Leave to File Amended Complaint within forty-five (45) days of the Court's approval of this Stipulation and Order, and Defendants' Response Brief shall be due twenty-one (21) days after that.

| | |
|---|---|
| /s/ John J. Nestico | /s/ Nancy G. Ross |
| John J. Nestico | Nancy G. Ross |
| SCHNEIDER WALLACE COTTRELL KONECKY LLP | MAYER BROWN LLP |
| 6000 Fairview Rd. | 71 South Wacker Drive |
| Charlotte, NC 28210 | Chicago, IL 60606 |
| Telephone: (510) 740-2946 | Telephone: (312) 782-0600 |
| jnestico@schneiderwallace.com | Facsimile: (312) 701-7711 |
| | nross@mayerbrown.com |
| Todd Schneider | E. Brantley Webb |
| James A. Bloom | Colleen Campbell |
| SCHNEIDER WALLACE COTTRELL KONECKY LLP | MAYER BROWN LLP |
| 2000 Powell Street, Suite 1400 | 1999 K Street, NW |
| Emeryville, California 94608 | Washington, DC 20006 |
| Telephone: (415) 421-7100 | Telephone: (202) 263-3188 |
| Facsimile: (415) 421-7105 | Facsimile: (202) 263-5257 |
| tschneider@schneiderwallace.com | bwebb@mayerbrown.com |
| jbloom@schneiderwallace.com | ccampbell@mayerbrown.com |
| Todd S. Collins | *Attorneys for Defendants* |
| Ellen T. Noteware | |
| BERGER MONTAGUE PC | |
| 1818 Market Street, Suite 3600 | |
| Philadelphia, PA 19103 | |
| Telephone: (215) 875-3000 | |
| Facsimile: (215) 875-4604 | |
| tcollins@bm.net | |
| enoteware@bm.net | |

Eric Lechtzin
EDELSON LECHTZIN LLP
3 Terry Drive, Suite 205
Newtown, PA  18940
Telephone:  (215) 867-2399
elechtzin@edelson-law.com

*Attorneys for Plaintiffs*